Jared L. Bryan (SBN 220925)
Jared.Bryan@jacksonlewis.com
Kelli M. Winkle-Petterson (SBN 267404)
Kelli.Winkle@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360 / Fax:    (949) 885-1380

Attorneys for Defendants
CITY OF RIALTO and RANDY DE ANDA

Zahra Khoury SBN 231065
zkhoury@zrawa.com
RAWA LAW GROUP, APC
5843 Pine Avenue
Chino Hills, CA 91709
Phone: (909) 393-0660 / Fax: (888) 250-8844

Attorneys for Plaintiffs
CARL E. JONES and CHRISTOPHER HICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL E. JONES, an individual., CHRISTOPHER HICE, an individual, <br><br>               Plaintiffs, <br><br>      v. <br><br> CITY OF RIALTO, a municipal corporation, RANDY DE ANDA, individually and in his capacity as the Chief of Police for the Rialto Police Dept., et al., <br><br>               Defendants. | CASE NO.   5-17-CV-01650 GW (KKx) <br><br> **FURTHER JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> **Date:          June 12, 2018** <br> **Time:         8:30 a.m.** <br> **Ctrm.:         4** <br><br> Complaint Filed:   August 16, 2017 <br> Disc Cut-Off:       June 13, 2018 <br> Motion Cut-Off:    August 16, 2018 <br> Trial Date:           September 18, 2018 |

**TO THIS HONORABLE COURT:**

Plaintiffs and Defendants, by and through their counsel of record, hereby jointly advise the Court of the following:

1    Regarding Plaintiff Carl Jones:  All terms of the Parties' confidential settlement

2  agreement have been fulfilled.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure,

3  the Parties stipulate and agree that the claims of Plaintiff Carl Jones may be dismissed,

4  with prejudice.  Each party shall bear his/its own fees and costs.

5    Regarding Plaintiff Christopher Hice:  Parties reached and executed a confidential

6  settlement agreement, which has been approved by the city council of the City of Rialto.

7  There are certain other conditions precedent, related to determinations on Hice's pending

8  application for an industrial disability retirement, that must be met before the terms of the

9  confidential settlement agreement can be fulfilled and his claims can be dismissed.  At

10  present, the Parties anticipate that the terms will be fulfilled by approximately August 31,

11  2018.  The Parties, therefore, request that this Court retain jurisdiction and vacate the trial

12  date and any related deadlines, and that any further status conference regarding settlement

13  be set for no earlier than September 2018.

14

15  DATED:  July 10, 2018                    JACKSON LEWIS P.C.

16

17                                         By:    /s/ *Jared L. Bryan*
                                                 Jared L. Bryan
18                                               Kelli M. Winkle-Petterson
                                                 Attorneys for Defendants
19                                               CITY OF RIALTO and RANDY DE ANDA

20

21  DATED:  July 10, 2018                    RAWA LAW GROUP, APC

22

23                                         By:    /s/ *Zahra Khoury*
                                                 Zahra Khoury
24                                               Attorneys for Plaintiffs
                                                 CARL E. JONES and CHRISTOPHER HICE
25

26

27

28

## PROOF OF SERVICE

### Carl E. Jones, et al. v. City of Rialto, et al.
### USDC Case No:  5:17-cv-01650-GW-KK

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On **July 10, 2018,** I caused the following document(s) described as: **JOINT STATUS REPORT REGARDING SETTLEMENT** to be served on all interested parties in this action by placing ☒ a true copy ☐ the original thereof enclosed in sealed envelope(s) addressed as follows:

Zahra Khoury, Esq.
RAWA LAW GROUP, APC
5843 Pine Avenue
Chino Hills, CA 91709

Attorney for Plaintiffs
**CARL E. JONES and
CHRISTOPHER HICE**

Phone:  (909) 393-0660
Fax:     (888) 250-8844

☒   **by ELECTRONIC SUBMISSION** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒   **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 10, 2018,** at Irvine, California.

_____
Stephen Rapaport

4830-4726-1293, v. 3

CASE NO. 5-17-CV-01650 GW (KKx)                                           PROOF OF SERVICE