JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL E. JONES, et al., | Case No.  EDCV 17-1650-GW(KKx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CITY OF RIALTO, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 12, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE